# FSA Time Credit Assessment

Register Number:18514-104, Last Name:RENGIFO-VALENCIA

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number....: 18514-104<br>Inmate Name<br>  Last............: RENGIFO-VALENCIA<br>  First...........: HEIFER<br>  Middle..........: SEGUNDO<br>  Suffix..........:<br>Gender............: MALE<br>Start Incarceration: 11-08-2018 | Responsible Facility: BER<br>Assessment Date.....: 01-14-2023<br>Period Start/Stop...: 12-13-2018 to 01-14-2023<br>Accrued Pgm Days....: 1493<br>Disallowed Pgm Days.: 0<br>FTC Towards RRC/HC..: 190<br>FTC Towards Release.: 365<br>Can Apply FTC.......: No |

```
Start         Stop          Pgm Status    Pgm Days
12-13-2018    01-14-2023    accrue        1493
  Cannot apply FTC
    Detainer: Yes
------------------------------------------------------------------------
Start         Stop          Pgm Status    Pgm Days
12-13-2018    11-27-2021    accrue        1080
  Accrued Pgm Days...: 1080
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 360
------------------------------------------------------------------------
Start         Stop          Pgm Status    Pgm Days
11-27-2021    01-14-2023    accrue        413
  Accrued Pgm Days...: 413
  Carry Over Pgm Days: 0
  Time Credit Factor.: 15
  Time Credits.......: 195
```